# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

This paper applies to: 19-cv-1867 (LAK), 19-cv-1868
(LAK), 19-cv-1869 (LAK), 19-cv-1895 (LAK),
19-cv-1896 (LAK), 19-cv-1898 (LAK), 19-cv-1904
(LAK), 19-cv-1906 (LAK), 19-cv-1911 (LAK),
19-cv-1924 (LAK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18-md-2865 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-17-19

## PRETRIAL ORDER NO. 13
(Defendants' Motion to Dismiss Under Rule 12(b)(1))

LEWIS A. KAPLAN, *District Judge.*

The motion to dismiss under Rule 12(b)(1) [18-md-2865, DI-134] is denied for substantially the reasons stated in SKAT's memorandum dated July 19, 2019 [18-md-2865, DI-158].

SO ORDERED.

Dated:     December 16, 2019

Lewis A. Kaplan
United States District Judge