UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND               18-md-2865 (LAK)
LITIGATION

This paper applies to: No. 18-cv-4833 (LAK)

------------------------------------x

**PRETRIAL ORDER NO. 16**
(Motion on behalf of defendant Burns)

LEWIS A. KAPLAN, *District Judge.*

      On October 27, 2020, this defendant filed a motion to dismiss in No. 18-cv-4833. He did not file it also in 18-md-2865 as required. Defendant shall see to it that the motion is docketed in 18 md-2865 as required failing which the motion will be denied.

      SO ORDERED.

Dated:    November 25, 2020

                                                  /s/ Lewis A. Kaplan
                                             Lewis A. Kaplan
                                         United States District Judge