UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04833 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

Skatteforvaltningen ("SKAT") and Defendant Adam LaRosa and their respective counsel that

the above-captioned action is dismissed as against Defendant Adam LaRosa with prejudice and

without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure.  This stipulation is signed by counsel for all parties who have appeared.  SKAT's

dismissal is not intended to and does not affect any of the claims asserted against Defendant

Raubritter LLC Pension Plan, which has not yet appeared in this action.

Dated: New York, New York
August 20, 2019

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By: _Edward Spiro by RV_

    Edward M. Spiro
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 880-9460
Fax: (212) 856-9494
espiro@maglaw.com

*Counsel for Defendant Adam LaRosa*

HUGHES HUBBARD & REED LLP

By: _Sarah Cave_

    Sarah L. Cave
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
sarah.cave@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*