# MEMO ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case no: 18-CV-04833

MASTER DOCKET

18-md-2865 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2022

## NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S MOTION TO SUBSTITUTE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of John T. McGoey dated November 22, 2022 and exhibits annexed thereto, Plaintiff Skatteforvaltningen, by and through its undersigned attorneys, will move the Court before the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court, for an order pursuant to Rule 25(a) of the Federal Rules of Civil Procedure granting the substitution of Seth Whitaker, as Personal Representative of the Estate of Alexander C. Burns, for the deceased Defendant Alexander Burns in the case captioned *Skatteforvaltningen v. Burns, et al.*, No. 18-cv-04833; and for such other and further relief as the Court deems just and proper.

Granted.

**SO ORDERED.**

/s/ Lewis A. Kaplan (jhs)
Hon. Lewis A. Kaplan, U.S.D.J.

Dated: 11/23/2022

Dated: New York, New York
November 22, 2022

                                 HUGHES HUBBARD & REED LLP

                                 By:   /s/ Marc A. Weinstein
                                       Marc A. Weinstein
                                       William R. Maguire
                                       Neil Oxford
                                       Dustin P. Smith
                                       John T. McGoey
                           One Battery Park Plaza
                           New York, New York 10004-1482
                           Telephone: (212) 837-6000
                           Fax: (212) 422-4726
                           marc.weinstein@hugheshubbard.com
                           bill.maguire@hugheshubbard.com
                           neil.oxford@hugheshubbard.com
                           dustin.smith@hugheshubbard.com
                           john.mcgoey@hugheshubbard.com

                           *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

Case 1:18-cv-04865-LAK   Document 367   Filed 11/23/22   Page 2 of 2