USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-04833.

MASTER DOCKET

18-md-2865 (LAK)

---

**[PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO**
**FED. R. CIV. P. 41(a)(2)**

WHEREAS, on April 27, 2020, Plaintiff Skatteforvaltningen ("SKAT") asserted claims against Defendants Raubritter LLC Pension Plan ("Raubritter"), Alexander Burns ("Burns"), Richard Markowitz ("Markowitz"), and John van Merkensteijn ("van Merkensteijn") in the action titled *SKAT v. Raubritter LLC Pension Plan et al.*, No. 18-cv-04833 (the "Raubritter Action");

WHEREAS, following the death of Burns, the Court, on November 23, 2022, ordered that Seth Whitaker, as Personal Representative of the Estate of Alexander C. Burns, be substituted for Burns as a party in the Raubritter Action;

WHEREAS SKAT and the Estate of Alexander Burns have entered into a consent order resolving those claims;

WHEREAS, on January 8, 2025, SKAT voluntarily dismissed with prejudice Seth Whitaker, as Personal Representative of the Estate of Alexander C. Burns, from the Raubritter Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

WHEREAS, on March 15, 2025, the Court entered judgment in favor of SKAT against Markowitz and van Merkensteijn in the Raubritter Action;

Case 1:18-md-02865-LAK   Document 1826   Filed 11/12/25   Page 2 of 2
Case 1:18-md-02865-LAK   Document 1821   Filed 11/10/25   Page 2 of 2

2

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Raubritter from the Raubritter Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

IT is therefore ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Raubritter is dismissed with prejudice from the Raubritter Action; and

IT is further ORDERED, ADJUDGED, AND DECREED that, upon entry of this Order, the above-captioned case is closed.

Dated: New York, New York
November 10, 2025

By: /s/ Marc A. Weinstein
Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

11/12/25