**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04833 (LAK). | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the briefing schedule for the motion to dismiss the amended complaint (the "Motion") filed by Defendant Alexander Burns on October 27, 2020 [No. 18-cv-04833, ECF Nos. 136-37] is modified as follows:

1.  Plaintiff Skatteforvaltningen's current November 10, 2020 deadline to submit its response to the Motion is hereby extended by fourteen (14) days, up to and including November 24, 2020.

2.  Defendant's deadline to submit a reply in further support of the Motion shall be December 8, 2020.

This is the parties' first request to modify the briefing schedule for the Motion.

Dated: New York, New York
November 5, 2020

By: /s/ Marc A. Weinstein                     By: /s/ Michael Tremonte
    Marc A. Weinstein                            (*e-signed with consent*)
HUGHES HUBBARD & REED LLP            Michael Tremonte
One Battery Park Plaza                         Anna Estevao
New York, NY 10004-1482                      SHER TREMONTE LLP
Telephone: (212) 837-6000                     90 Broad Street, 23rd Floor
Fax: (212) 422-4726                               New York, NY 10004
marc.weinstein@hugheshubbard.com    mtremonte@shertremonte.com

*Counsel for Plaintiff Skatteforvaltningen*     *Counsel for Defendant Alexander Burns*

SO ORDERED:

_____
    Hon. Lewis A. Kaplan
    United States District Judge

2