**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>SKATTEFORVALTNINGEN,<br><br>                    Plaintiff,<br>     v.<br><br>RAUBRITTER LLC PENSION PLAN, ALEXANDER BURNS, RICHARD MARKOWITZ, AND JOHN VAN MERKENSTEIJN,<br><br>                    Defendants. | Consolidated Multidistrict Action<br><br>Docket No. 1:18-md-02865-LAK<br><br>This document relates to:<br>1:18-cv-04833-LAK |

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS THE AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, that the current December 8, 2020 deadline for defendant Alexander Burns to file his reply in support of his Motion to Dismiss the Amended Complaint (No. 18-cv-4833, ECF Nos. 136-37; No. 18-md-2865, ECF Nos. 500-01) in this action is hereby extended fourteen (14) days up to and including December 22, 2020.

      This is the parties' second request to modify the briefing schedule for this Motion.

      No provision of this Stipulation and Order shall be construed as a waiver of, and Mr. Burns expressly reserves, any and all defenses.

2

Dated: New York, New York
December 1, 2020

| | |
|---|---|
| SHER TREMONTE LLP | HUGHES HUBBARD & REED LLP |
| By: /s/ Michael Tremonte<br>   Michael Tremonte | By: /s/ John McGoey<br>   (*e-signed with consent*)<br>   John McGoey |
| 90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2603<br>Fax: (212) 202-4156<br>mtremonte@shertremonte.com | One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>Fax: (212) 422-4726<br>john.mcgoey@hugheshubbard.com |
| *Counsel for Defendant Alexander Burns* | *Counsel for Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)* |

SO ORDERED:

/s/ Lewis A. Kaplan  /BT
_____
   Lewis A. Kaplan
   United States District Judge

Dated: 12/1/2020