**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case no: 18-CV-04833

MASTER DOCKET

18-md-2865 (LAK)

## NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S
## MOTION TO SUBSTITUTE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and

Declaration of John T. McGoey dated November 22, 2022 and exhibits annexed thereto, Plaintiff

Skatteforvaltningen, by and through its undersigned attorneys, will move the Court before the

Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York, Courtroom 21B, at a date and time to be determined by the Court,

for an order pursuant to Rule 25(a) of the Federal Rules of Civil Procedure granting the

substitution of Seth Whitaker, as Personal Representative of the Estate of Alexander C. Burns,

for the deceased Defendant Alexander Burns in the case captioned *Skatteforvaltningen v. Burns,*

*et al.*, No. 18-cv-04833; and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 22, 2022

HUGHES HUBBARD & REED LLP

By:    /s/ Marc A. Weinstein
Marc A. Weinstein
William R. Maguire
Neil Oxford
Dustin P. Smith
John T. McGoey
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com
bill.maguire@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com
john.mcgoey@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*