**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case no: 18-CV-04833

MASTER DOCKET

18-md-2865 (LAK)

**CERTIFICATION OF SERVICE OF**
**PLAINTIFF SKATTEFORVALTNINGEN'S MOTION TO SUBSTITUTE**

I, John T. McGoey, hereby certify that on November 22, 2022, copies of the Notice of

Motion to Substitute, Memorandum of Law, and Declaration of John T. McGoey filed therewith,

were served upon (1) all parties of record by electronic means through the Court's CM/ECF

electronic filing system, and (2) non-party Seth Whitaker, as Personal Representative of the

Estate of Alexander C. Burns, by means of electronic mail and Federal Express.


Dated: New York, New York
         November 22, 2022


                                                     /s/ John T. McGoey
                                                    John T. McGoey