# Exhibit 27, Part 15 of 15



Kundemeddelelser

Uddannelse    Godkendelse af personer

Hos VP

Hos det kontoførende institut    Prøvelse
(KI)

**Registreringsbekendtgørelsen**

Afvikling af handeler via links
med udlandscentraler

Udelukkelse af ISINs fra
afvikling

System til administration af
panteret og sikkerhedsret

Clearing og afvikling

Nøkkersøgning

Indrapportering af handeler

**Clearingvejledning**

Behandling af returpost

Udsendelse af
kundemeddelelser

Kontrol af kvitteringsmateriale
fra VP

Indrapportering af
anmeldelser

Prøvelse

Daglig ekspeditionstid

Kvittering for anmeldelse

Anmeldelsens modtagelse

**Regelsæt B**

**KONTROLLER,
DER SKAL PÅSES**

See map: Systemvejledning

Forretningsgange

Linieovervågning varetages af
TDC

Tillæg - kommunikation og
teknisk tilslutning

Kontrol

Back-up/Sikkerhed

Delaftale - kontoansvarlig

KA 12 - Sikkerhedsforskrifter

KA 13 - Den
sikkerhedsansvarliges ansvar o...

**Tilslutningsaftale**

Delaftale - udstederansvarlig

UA 6 - Den
udstederansvarliges ansvar ...

Aktier og investerings-
foreningsandele mv.

Tillæg til udstedelse

Obligationer

Konvertible gældsbreve

Regler om kapitalberedskab

Forretningsbetingelser

See map:
Registreringsvejledning

SYSTEMVEJLEDNING

 SYSTEMVEJLEDNING

## 2. Registreringsbekendtgørelsen

**2.1 Prøvelse**
2.1.1 Hos det kontoførende institut (KI)
2.1.2 Hos VP

**2.2 Godkendelse af personer**
2.2.1 Uddannelse

**2.3 Kundemeddelelse**

## 3. Regelsæt B

**3.1 Anmeldelsens modtagelse**
**3.2 Kvittering for anmeldelse**
**3.3 Daglig ekspeditionstid**
**3.4 Prøvelse**
**3.5 Indrapportering af anmeldelser**
**3.6 Kontrol af kvitteringsmateriale fra VP**
**3.7 Udsendelse af kundemeddelelser**
**3.8 Behandling af returpost**

## 4. Clearingvejledning

Clearingvejledningen indeholder bl.a. de funktioner, som den afviklingsansvarlige skal udføre. Funktionerne indeholder naturligt en række kontrolelementer.

**4.1 Indrapportering af handler**
**4.2 Makkersøgning**
**4.3 Clearing og afvikling**
**4.4 System til administration af panteret og sikkerhedsret**
**4.5 Udelukkelse af ISINs fra afvikling**
**4.6 Afvikling af handler via links med udlandscentraler**

## 5. Registreringsvejledning

Registreringsvejledningen indeholder bl.a. beskrivelse af de funktioner, som kontoansvarlige har ansvaret for at udføre. Funktionerne indeholder naturligt en række kontrolelementer.

**5.1 Prøvelsen**
　　5.1.1 Kontroller
　　5.1.2 Dokumentation

**5.2 Registrering**

**5.3 Decentral udsendelse af kundemeddelelser**
　　5.3.1 Minimumskrav til forretningsgange
　　　　5.3.1.1 Kontoansvarlige
　　　　5.3.1.2 Datacentre
　　　　5.3.1.3 Revisorerklæring
　　　　5.3.1.4 Returpost

SYSTEMVEJLEDNING

**5.4 Kontoansvarliges funktioner**
De kontoansvarliges kontrolforpligtelser fremgår af systemvejledningens afsnit 18.
5.4.1 Etablering/ændring af VP-konti
5.4.2 Kunders salg af værdipapirer
5.4.3 Navnenotering/afnotering af aktier
5.4.4 Rentefunktioner
5.4.5 Omlægning af effekter
5.4.6 Udenlandske fondsaktiver
5.4.7 Panteret og sikkerhedsret
5.4.8 Sikkerhedsstillelse i DN
5.4.9 Omsætningsbegrænsning

**5.5 Udstedelsesansvarliges funktioner**
5.5.1 Obligationer
5.5.2 Aktier og investeringsforeningsandele mv.

**5.6 Storkunder**

**6. Systemvejledning**

**6.1 Kontrol og revision**
6.1.1 Kontoansvarliges kontrolforpligtelser
Kontrol med, at de kontoansvarlige overholder deres kontrolforpligtelser, føres af de
kontoansvarliges interne og eksterne revisioner
6.1.1.1 Forretningsgange og kontrol- og sikringsforanstaltninger
6.1.1.2 Kontobetingelser
6.1.1.3 Prøvelse af anmeldelser
6.1.1.4 Indrapportering af anmeldelser
6.1.1.5 Kontrol af uddata
6.1.1.6 Decentral udsendelse af kundemeddelelser
6.1.1.7 Reduceret udskrivning/fravalg af kundemeddelelser
6.1.1.8 Returpost
6.1.1.9 Opbevaring af kvitteringsmateriale
6.1.2 Revision hos de kontoansvarlige
6.1.2.1 Revisionsoplysninger i tilslutningsaftalen
6.1.2.2 Revisionsmedvirken ved oplysning af masterpassword
6.1.2.3 Revisionsværktøjer
6.1.3 Kontroller, der udføres af VP
6.1.3.1 On-line kontroller
6.1.3.1.1 Adgangskontroller
6.1.3.1.2 Øvrige on-line kontroller
6.1.3.2 Kontroller ved gennemførelse af en afviklingskørsel
6.1.4 VP's systemrevision
6.1.4.1 Systemrevisionsbekendtgørelsen
6.1.4.2 Tilsyn med VP's vejledninger
6.1.4.3 Tilsyn med overholdelsen af sikkerheds- og kontrolforanstaltninger



SYSTEMVEJLEDNING



Systemvejledning
– Kontrol og revision

**VP's systemrevision**

Tilsyn med overholdelsen af
sikkerheds- og kontrolforans...

Tilsyn med VP's vejledninger

Systemrevisionsbekendt-
gørelsen

**Kontroller, der udføres af VP**

Kontroller ved gennemførelse
af en afviklingskørsel

On-line kontroller

Øvrige on-line kontroller

Adgangskontroller

**Revision hos de kontoansvarlige**

Revisionsværktøjer

Revisionsmedvirken ved
oplysning af masterpassw or...

Revisionsoplysninger i
tilslutningsaftalen

**Kontoansvarliges
kontrolforpligtelser**

Forretningsgange og kontrol-
og sikringsforanstaltninger

Kontobetingelser

Prøvelse af anmeldelser

Indrapportering af
anmeldelser

Kontrol af uddata

Decentral udsendelse af
kundemeddelelser

Reduceret udskrivning/fravalg
af kundemeddelelser

Returpost

Opbevaring af
kvitteringsmateriale

 **SYSTEMVEJLEDNING**

# 19 Gebyroplysninger

Lovgivningen pålægger aktieselskaber og investeringsforeninger, hvis aktier/investeringsforenings andele er registreret i VP, at indgå aftale med et eller flere kontoførende institutter om, at aktionærerne på selskabets/foreningens regning kan få deres aktier/andele registreret dér og få meddelelse om udbytte, kapitaludvidelse mv. samt årsopgørelse.

Aktionærerne har ret til selv at udpege et kontoførende institut, der på selskabets/foreningens regning udfører de ovenfor nævnte opgaver, såfremt instituttet over for selskabet/foreningen påtager sig opgaverne for samme udgift, som selskabet/foreningen skulle have afholdt til det institut, selskabet/foreningen har indgået aftale med.

På foranledning af og for regning Finansrådet har VP udviklet et system - interbank-aktiegebyr systemet. Systemet beregner og betalingsformidler et interbankgebyr fra selskabets aktieudstedende institut til de kontoførende institutter, der er kontoførende for selskabets fondskoder. Interbankgebyret er en kompensation til de kontoførende institutter for omkostningerne ved opbevaring af selskabets aktier.

Følgende kan tilsluttes interbank-aktiegebyrsystemet uden beregning: Medlemmer af Finansrådet, Sammenslutningen af Danske Andelskasser og Den danske Børsmæglerforening med koncern forbundne kreditinstitutter med særlig tilladelse. Øvrige centraldeltagere vil kunne tilsluttes mod betaling af en tilslutningsafgift. Yderligere oplysninger herom fås ved henvendelse til Finansrådet.

**Tilmelding**
Blanket (se blanketter til vejledninger "29.1.A Erklæring" og "29.1.B Uddata gebyrlister",) indsendes til VP sammen med kreditkontonummer (se blanketter til vejledninger, "02.3.A Kontoansvarlig - stamoplysninger").

Det skal bemærkes, at optælling i gebyrsystemerne først sker fra den dag, tilmelding finder sted.

## Gebyroplysningssystemet

Gebyroplysningssystemet er et servicesystem, der løbende optæller kundemeddelelser og beholdningsændringer.

**Tilmelding til gebyroplysningssystemet**
Tilmelding sker pr. kontoførende institut ved, at aftalehaver til Clearing & Custody Services indsender blanket "29.1.B Uddata gebyrlister"( se blanketter til vejledninger), afkrydset for modtagelse af listen 'Gebyroplysninger' (DK30L02). Desuden skal blanket, Stamoplysninger (se blanketter til vejledninger), indsendes, afkrydset for deltagelse i gebyroplysningssystemet.

**Optælling af oplysninger**
Systemet optæller pr. VP-konto:

| Dannede meddelelser | For kontohaver | For rettighedshaver |
|---|---|---|
| Ændringsmeddelelse | x | x |
| Ændringsmeddelelse ved tegning af nye aktier | | x |
| Kontoudskrift | x | x |
| Renteadvis | x | x |
| Udtrækningsmeddelelse | x | x |
| Udbyttemeddelelse | | x |
| Ændringsmeddelelse ved geninvestering af udbytte | x | x |
| Meddelelse om tildelte retter | | x |

SYSTEMVEJLEDNING

| Meddelelse om skift af ISIN | | x |
|---|---|---|

Systemet optæller pr. **fondskode** (obligationer og aktier):
- nominel beholdning
- nominel omsætning

De kontoførende institutter kan forespørge på ovennævnte oplysninger pr. VP-konto.

### Levering af gebyroplysninger
De optalte oplysninger leveres to gange om året over linien til det kontoførende instituts datacenter. Oplysningerne dokumenteres på listen 'Gebyroplysninger' (DK30L02) med status den sidste børsdag i månederne maj og november.

Listen leveres successivt efter daglig og periodisk opdatering førstkommende fredag efter sidste børsdag. Hvis sidste børsdag er en fredag, leveres listen samme dag efter daglig og periodisk opdatering.

### Nulstilling af gebyrtællere/udmeldelse af gebyroplysningssystemet
Efter de halvårlige leveringer af gebyroplysninger nulstiller VP alle gebyrtællere.

Der udsendes ikke uddata med dokumentation for indholdet i de nulstillede gebyrtællere.

Udmeldelse af gebyrsystemet skal ske ved skriftlig henvendelse til Clearing & Custody Services.

### Sletning af opgjorte konti
Hvert år i midten af januar måned sletter VP opgjorte konti, hvis gebyrtællere er 0.

Opgjorte konti med oplysninger i gebyrtællerne (dvs. konti opgjort i december måned) slettes efter nulstillingen af tællerne i gebyrkørslen ultimo maj måned.

## Interbank-aktiegebyrsystemet

Interbank-aktiegebyrsystemet er et servicesystem, der overfører et interbankgebyr fra aktieudstedende institut til kontoførende institut for hver forekomst af en given fondskode.

Derudover optæller systemet transaktioner, meddelelser mv. som statistiske oplysninger til brug for de kontoførende institutter og de aktieudstedende institutter.

### Interbankgebyr
Finansrådet har anbefalet at benytte en fast pris i interbank-aktiegebyrsystemet. Dette interbankgebyr, der er inkl. moms, fastsættes af Finansrådet og anbefales for samtlige fondskoder i systemet.

For at lette opdatering af interbankgebyret har Finansrådet udpeget en centraldeltager, der centralt opdaterer interbankgebyret på alle fondskoder i aktiefondsregisteret. Der indlægges to gebyrer, et for fondskoder med aktietype = invest og et for øvrige fondskoder. Det vil sige, at de priser, der allerede er indlagt, vil blive overskrevet af interbankgebyret. Det er efterfølgende muligt for aftaleinstituttet at ændre interbankgebyret via transaktionen "OPDATER INTERBANKGEBYR".

### Oplysninger i systemet
Systemet omfatter følgende oplysninger pr. VP-konto:
- antal fondskoder (obligationer og aktier)
- antal udbyttemeddelelser (kontohavere)

 **SYSTEMVEJLEDNING**

- antal meddelelser om tildeling af retter (kontohavere)
- antal meddelelser om tegning af nye aktier (kontohavere)
- antal meddelelser om skift af ISIN

Obligationsfondskoder optælles kun, når der er aktier på kontoen.

Meddelelser til rettighedshavere optælles i gebyroplysningssystemet.

### Levering af gebyroplysninger
Beregning af gebyrer sker 2 gange om året med status pr. henholdsvis den 31. maj og den 30. november. Beregningskørslerne finder sted sidste børsdag i de nævnte måneder.
Alle gebyrtællere nulstilles efter den halvårlige beregning.

### Bemærk
Efter gebyrkørslen pr. den 31. maj og nulstillingen af gebyrtællere sletter VP opgjorte konti. Slettede konti dokumenteres på listen 'Journal over slettede konti' (DK77L01).

### Uddata
Indholdet af de lister (NG07L01, NG07L02, NG07L03, NG07L06 og NG07L07), som centraldeltagerne modtager i henhold til deres tilslutning, er beskrevet senere i dette afsnit.

Listen NG07L02 er frivillig. Øvrige lister er pligtige og vil automatisk blive sendt til henholdsvis kontoførende institut og aktieudstedende institut.

## SYSTEMETS VIRKEMÅDE
Systemet beregner et gebyr pr. VP-konto pr. fondskode, der har været eller er til stede på beregningstidspunktet.

Opdateringer og forespørgsler sker via "INTERBANK-AKTIEGEBYRSYSTEM" (primærmenuens punkt 03.07.07), hvor der er følgende muligheder:

| 01 | OPGB | AFMELD KI FRA INTERBANKAFTALE |
|----|------|-------------------------------|
| 02 | SLGB | GENETABLER INTERBANKAFTALE FOR KI |
| 03 | OPAF | OPRET AFTALEINSTITUT |
| 04 | ÆNAF | ÆNDRE AFTALEINSTITUT |
| 05 | OPOP | OPDATER INTERBANKGEBYR |
| 06 | FROP | FORESPØRG PÅ INTERBANKGEBYR |
| 07 | OPGE | OPDATER INTERBANKGEBYR GLOBALT |

### 01 AFMELD KI FRA INTERBANKAFTALE
Alle pengeinstitutter er automatisk med i interbankgebyraftalen med det gebyr, som er fastsat af Finansrådet. Hvis et kontoførende institut ikke ønsker at opbevare et fondsaktiv for sine deponenter for interbankgebyret og således ikke ønsker at være med i aftalen om interbankgebyrer, skal dette indrapporteres pr. fondskode ved hjælp af transaktionen "AFMELD KI FRA INTERBANKAFTALE".

### 02 GENETABLER INTERBANKAFTALE FOR KI
Hvis et kontoførende institut uden interbankgebyraftale efterfølgende ønsker at være med i aftalen, kan det tilmelde sig igen pr. fondskode via transaktionen "GENETABLER INTERBANKAFTALE FOR KI".

### 03 OPRET AFTALEINSTITUT
Aftaleinstituttet er det kontoførende institut, der har indgået prisaftale med aktieselskabet for dettes fondskoder.

**SYSTEMVEJLEDNING**

Det er selskabets aktieudstedende institut, der opretter aftaleinstituttet. I de tilfælde, hvor det ikke er det aktieudstedende institut selv, må aftaleinstituttet henvende sig til det aktieudstedende institut for at blive oprettet som aftaleinstitut.

## 04 ÆNDRE AFTALEINSTITUT
Det er kun det aktieudstedende institut, der kan foretage ændringer vedrørende aftaleinstituttet.

## 05 OPDATER INTERBANKGEBYR
Når det aktieudstedende institut har oprettet aftaleinstituttet, er det aftaleinstituttet, der efterfølgende registrerer et eventuelt afvigende interbankgebyr. Det er det årlige gebyr (i ører), der skal indrapporteres (jf. punkt 07).

## 06 FORESPØRG PÅ INTERBANKGEBYR
Det er muligt at forespørge på et eller flere interbankgebyrer via transaktionen "FORESPØRG PÅ INTERBANKGEBYR".

Bemærk, at forespørgslen findes under menuen "INTERBANK-AKTIEGEBYRSYSTEM" og ikke under den generelle forespørgselsmenu.

## 07 OPDATER INTERBANKGEBYR GLOBALT
Opdateringen, som udelukkende kan foretages af den centraldeltager, Finansrådet har valgt, sker via denne transaktion.

Der indlægges to gebyrer, et for fondskoder med aktietype = invest og et for øvrige fondskoder.

Opdateringen sker samme dag, gebyret er indtastet, efter daglig opdatering.

### Betalingsformidling af interbankgebyrer
Clearing af interbankgebyrer pr. 31. maj og pr. den 30. november sker via overførselsservice i PBS. Debiteringen sker 5 bankdage efter, og krediteringen sker 6 bankdage efter.

Clearingen foretages via PBS pr. fondskode mellem det aktieudstedende institut (debet) og kontoførende institutter (kredit). Betalingsformidling sker mellem de af aktieudstedende institut og kontoførende institut oplyste pengekontonumre.

## Bogføringsposter til kontoførende institut - Interbank-aktiegebyr (NG07L01)
### Indhold
Listen indeholder pr. VP-konto:
- fondskode
- interbankgebyr

### Udskrivningskriterier
Listen dannes pr. den 31. maj og pr. den 30. november og leveres uredigeret over linien.

### Modtager
Kontoførende institutter tilmeldt interbank-aktiegebyrsystemet med den pågældende fondskode.

## Statistik over frameldte fondskoder interbank-aktiegebyr (NG07L02)
### Indhold
Listen indeholder pr. VP-konto optælling af:
- fondskoder (aktier og obligationer)



SYSTEMVEJLEDNING

---

samt den enkelte fondskodes andel af:

- udbyttemeddelelser
- meddelelser om tildeling af retter
- meddelelser om tegning af nye aktier
- meddelelser om fondskodeskift

siden sidste optælling.

**Udskrivningskriterier:**
Listen dannes pr. den 31. maj og pr. den 30. november og leveres uredigeret over linien.

**Modtager**
Kontoførende institutter uden tilmelding til interbank-aktiegebyrsystemet for et eller flere aktieselskaber.

### Clearinggrundlag til aktieudstedende institut - Interbank-aktiegebyr (NG07L03)

**Indhold**
Listen indeholder pr. fondskode:

- interbankgebyr

**Udskrivningskriterier**
Listen dannes pr. den 31. maj og pr. den 30. november og leveres uredigeret over linien.

**Modtager**
Aktieudstedende institutter

### Statistik til aktieudstedende institut - Interbank-aktiegebyr (NG07L06)

**Indhold**
Listen indeholder pr. fondskode:

- fondskodeantal
- fondskodeandel
- andel udbyttemeddelelser
- andel meddelelser om tildeling af retter
- andel meddelelser om tegning af nye aktier
- andel meddelelser om fondskodeskift

**Udskrivningskriterier**
Listen dannes pr. den 31. maj og pr. den 30. november og leveres uredigeret over linien.

**Modtager**
Aktieudstedende institutter

### Statistik til kontoførende institut - Interbank-aktiegebyr (NG07L07)

**Indhold**
Listen indeholder pr. VP-kontonummer pr. fondskode:

- fondskodeandel
- andel udbyttemeddelelser
- andel meddelelser om tildeling af retter
- andel meddelelser om tegning af nye aktier
- andel meddelelser om fondskodeskift



SYSTEMVEJLEDNING

---

**Udskrivningskriterier**
Listen dannes pr. den 31. maj og pr. den 30. november og leveres uredigeret over linien.

**Modtager**
Kontoførende institutter.