# Exhibit 28, Part 2 of 3



**VP'S REGELSÆT A-D**

*Betalinger vedrørende fondsaktiver*
For betalinger mellem udstedere og de berettigede skal værdipapiret opfylde nedenstående betingelser:

- Udbetaling til de efter registeret berettigede
  Efter værdipapirhandelslovens § 71, stk. 2, betaler VP med frigørende virkning rente, udbytte og kapital til den, der efter registeret er berettiget til at modtage betaling. En udsteders bestemmelser om, at sådanne betalinger skal foretages på anden måde, fx efter noteringer i ejerbogen, er derfor ikke i overensstemmelse med fremgangsmåden for fondsaktiver.
- Betaling generelt
  Betalinger fra udstedere til de berettigede kan, medmindre andet fremgår nedenfor, kun formidles i danske kroner.
- Udbetaling vedrørende fondsaktiver udstedt i euro, svenske og islandske kroner
  Kun for rente, udbytte og udtrukket/forfalden kapital af fondsaktiver, denomineret i ovennævnte valutaer, kan VP formidle betalinger fra udsteder i den pågældende valuta og kun via pengeinstitutter, der er tilsluttet Danmarks Nationalbanks særlige ordning for valutahåndtering.
- Indbetaling af tegningsbeløb for fondsaktiver udstedt i euro
  Kun for tegningsprovenuer af fondsaktiver denomineret i euro kan VP formidle betalinger til udsteder i euro og kun via pengeinstitutter, der er tilsluttet Danmarks Nationalbanks særlige ordning for valutahåndtering.

Det er således en betingelse for registrering af værdipapirer som fondsaktiv i VP, at værdipapirbetingelserne giver mulighed for, at VP betalingsformidler i overensstemmelse med dette regelsæt.

*Navnenotering mv.*
Som udgangspunkt er navnenotering betinget af, at den berettigede begærer dette over for sit kontoførende institut, medmindre lovgivning eller udsteders vedtægter bestemmer, at aktier eller investeringsforeningsandele skal noteres på navn. For aktier, der er omfattet af selskabsloven kan navnenotering dog alene ske efter den berettigedes begæring. Betingelserne for navnenotering fremgår af registreringsbekendtgørelsens § 36.

For udstedere er det nødvendigt, at vedtægterne mv. ikke strider imod disse regler. Specielt er det vigtigt, at unoterede aktionærer mv. ikke er frataget de økonomiske rettigheder - udbytte, rente og kapital samt aktie- og tegningsretter, som VP anviser til de efter registeret berettigede.

Der må ligeledes ikke findes bestemmelser om, at de økonomiske rettigheder, som VP formidler, ikke gælder for samtlige indehavere af det pågældende værdipapir.

*Tegningsbeløb skal fuldt indbetales*
Ved emission er det specielt for aktier muligt, at betalingen herfor først forfalder på et tidspunkt efter tegningens gennemførelse. Manglende betaling på forfaldstidspunktet medfører, at den besluttede



**VP's regelsæt A-D**

kapitalforhøjelse reduceres med det manglende beløb, og de tilsvarende aktier anses for annullerede. VP har ikke mulighed for at identificere og dermed annullere de aktier, der ikke er betalt.

For ikke fuldt indbetalte aktier gælder det, at indbetalte à conto beløb kan kræves påført aktien individuelt fra aktie til aktie som en slags afdragsordning. Dette kan ikke registreres i VP. Samtidig kan senere erhververe hæfte sammen med overdragere for restindbetalingen. VP kan ikke registrere sådanne kæder af overdragelser og kan derfor ikke bistå udsteder med at klarlægge, hvilke personer der hæfter for hvilke restindbetalinger.

Disse forhold fører til, at det er en betingelse for registrering, at værdipapirerne er/skal være fuldt indbetalte.

*Tegningsbeløb for udenlandske værdipapirer*
Nytegning kan gennemføres på baggrund af udenlandske værdipapirer, hvor modværdien af de VP-registrerede værdipapirer af udstederen er registreret på en særlig sikret konto eller deponeret på et særlig sikret depot til fordel for VP, jf. registreringsbekendtgørelsens § 3, stk. 1.

Når nedenstående to betingelser er opfyldt, kan nytegnede fondsaktiver - i perioden fra registreringen i VP og indtil emissionen er gennemført i overensstemmelse med reglerne i udstederlandet og opskrevet på det særlig sikrede depot - betragtes som repræsenterende kontohaverens betaling af tegningsbeløbet og ikke som de tegnede værdipapirer.

Det er således en betingelse,
1. at det i denne periode fremgår af værdipapirbetingelserne i VP's fondsregister, at der er tale om en forudbetaling for de tegnede fondsaktiver og dermed ikke de tegnede værdipapirer som sådan, samt

2. at den udstedelsesansvarlige, der i VP-systemet har modtaget tegningsbeløbet, indestår for forudbetalingen, indtil denne er nået frem til det betalingssted, som den udenlandske udsteder angiver.

Hertil kommer, at det nævnte forhold skal beskrives i et eventuelt dansk prospekt vedrørende nytegningen.

Det er derfor en betingelse for i VP-systemet at gennemføre en 'maskinel' tegning af udenlandske værdipapirer, at den udstedelsesansvarlige indestår for forudbetalingen, som nævnt ovenfor, samt sikrer, at værdipapirbetingelserne for fondskoden i perioden angiver, at der er tale om forudbetaling.

**Systemmæssige betingelser**
Systemudvikling vil medføre, at det i fremtiden bliver muligt at registrere værdipapirer med betingelser, som VP-systemet ikke for tiden kan håndtere. Nedennævnte betingelser er derfor udtryk for den øjeblikkelige systemmæssige situation.

*Obligationer*



**VP'S REGELSÆT A-D**

Der skal gælde ensartede betingelser for samtlige værdipapirer i en fondskode.

Det er kun muligt at registrere i én andelsstørrelse, og det er nødvendigt, at denne angives med decimaler.

Navnenotering i relation til udsteder er ikke mulig.

Udtrækning er kun mulig efter følgende retningslinier:
- Som forfald
- Som matematisk udtrækning.

Renteberegning er kun mulig efter følgende retningslinier:
- Den årlige nominelle rentesats må højst være med 6 decimaler.
- Rentesatsen kan variere fra termin til termin, men ikke mellem terminer.

*Aktier og lignende værdipapirer*
Der skal gælde ensartede betingelser for samtlige værdipapirer i en fondskode.

Der er kun mulighed for at registrere i stykker med undtagelse af " Single Priced Mutual funds", der kan registreres med indtil 6 decimaler og kun i kontoførende institutter, der har tilslutningsaftale herom.

Indløsning er kun mulig, hvis samtlige aktier indløses samtidig.

Der er ikke mulighed for at tildele udbytte i form af aktier (udbytteaktier). For investeringsforeningsandele kan udbytte tildeles som udbytteinvesteringsforeningsandele.

Ved tilbageholdelse af udbytteskat er der som udgangspunkt kun mulighed for at tilbageholde med én sats pr. fondskode. Deklareres udbytte fra danske aktieselskaber, kan udbytteskattesatsen være anderledes, når modtageren er et dansk selskab, jf. regler fastsat af SKAT. For udenlandske værdipapirer og for kontohavere, der er skattepligtige i udlandet, er der efter tilmelding mulighed for reduktion i overensstemmelse med relevant dobbeltbeskatningsaftale.


**Andre betingelser**
*Mængdemæssigt mindstekrav*
Udstederen må i forbindelse med sin beslutning om registrering overveje fordele og ulemper, herunder om der er økonomisk fordel ved papirløs udstedelse af den påtænkte mængde eller ikke.

VP stiller ikke mængdemæssige krav til et værdipapir, som påtænkes registreret.



**VP'S REGELSÆT A-D**

**Bilag**

**OBJEKTIVE BETINGELSER FOR REGISTRERING SOM FONDSAKTIV**

Værdipapirerne skal:

- for ikke omsætningspapirer eller med omsætningsbegrænsninger være omfattet af de "Særlige Registreringsbetingelser"
- for værdipapirfonde udstedt af SKAGEN Fondene ikke være ejet af norske skatteborgere
- være med udbetalinger efter VP-regler
- være med betalingsformidling i danske kroner, medmindre de er omfattet af særlige bestemmelser
- være med notering på navn efter VP-regler og kun for aktier og lignende
- have ensartede betingelser for samtlige papirer i en fondskode
- være med ensartet behandling af samtlige investorer i en fondskode
- have fuldt indbetalte tegningsbeløb
- registreres i andelsstørrelse og med decimaler for obligationer
- have udtrækning for obligationers vedkommende som:
    - forfald
    - matematisk udtrækning
- opfylde følgende betingelser vedrørende renteberegning:
    - rentesats med højst seks decimaler
    - renten kan ikke variere mellem terminer
- registreres i stykker for aktier og lignende værdipapirer med undtagelse af Single Priced Mutual funds, der kan registreres med indtil 6 decimaler
- indløses samtidig for alle aktionærer i en fondskode
- for aktiers vedkommende være uden mulighed for udbytteaktier
- være med kun én udbytteskattesats pr. fondskode. Særlige regler, når udbyttemodtageren er danske selskaber
- være med beløbsformidling i danske kroner ved:
    - selskabsbestemte hændelser.



**VP's regelsæt A-D**

# VP-regelsæt B

**Regler vedrørende registrering i**

**VP SECURITIES A/S
Weidekampsgade 14, P.O. Box 4040
DK-2300-Copenhagen S**

**(herefter kaldet VP)**
(jf. værdipapirhandelslovens § 60, stk. 1)
1. december 2012

**Anmeldelsens modtagelse**

Efter registreringsbekendtgørelsens § 17, stk. 2, fastsætter det enkelte kontoførende institut, hvor anmeldelser til registrering kan indgives vedrørende depoter ført af det pågældende kontoførende institut. Instituttets fastsættelse af anmeldelsessteder skal fremgå af instituttets generelle depotbetingelser.

Kontoførende institut kan således organisere sig på en sådan måde, at den enkelte filial fastlægges som et depotsted, hvor der som minimum skal kunne afgives anmeldelser til VP-konti ført af det pågældende depotsted. Det kan tillige være fastlagt, at andre filialer kan være anmeldelsessted for det pågældende depotsted.

**Kvittering for anmeldelse**

Det kontoførende institut skal sikre og indarbejde i forretningsbetingelserne

- at anmelder, når denne begærer det, får en skriftlig bekræftelse med angivelse af det tidspunkt, hvorpå anmeldelsen er modtaget, jf. registreringsbekendtgørelsens § 33, stk. 1.

**Daglig ekspeditionstid**

Det kontoførende institut skal sikre,
a. at instituttet mindst på alle hverdage undtagen lørdage, grundlovs-, juleaftens- og nytårsaftensdag har en daglig ekspeditionstid for modtagelse af anmeldelser, som er indeholdt i den åbningstid, hvor offentligheden har adgang til instituttet, jf. registreringsbekendtgørelsens § 16, stk. 1,
b. at forskelle i ekspeditionstider i et kontoførende instituts afdelinger eller filialer, hvor anmeldelser til registrering kan indgives for VP-konti ført af andre afdelinger eller filialer, ikke medfører, at anmeldelser kan indgives i visse af instituttets afdelinger eller filialer, mens det samtidig er udelukket i depotstedet, herunder at et kontoførende instituts udenlandske filialer eller afdelinger ikke kan modtage anmeldelser, når instituttets danske depotsted ikke har ekspeditionstid blandt andet som følge af en dansk helligdag mv.,
c. når det i egenskab af sælger af fondsaktiver vil fastholde et taget betalingsforbehold, jf. værdipapirhandelslovens § 72, stk. 1, at købers kontoførende institut har åbent for modtagelse af en sådan anmeldelse, når afviklingen gennemføres på hverdage, hvor der for kontoførende institutter ikke er pligt til en daglig ekspeditionstid for modtagelse af anmeldelser.

**Prøvelse af modtagne anmeldelser**

Det kontoførende institut skal foretage prøvelsen af modtagne anmeldelser i henhold til VP's gældende vejledninger, jf. registreringsbekendtgørelsens § 40.



**VP'S REGELSÆT A-D**

### Indrapportering af anmeldelser

Det kontoførende institut skal sikre,

- at anmeldelser modtaget i den af instituttet fastlagte ekspeditionstid for VP-anmeldelser og i VP's åbningstid indrapporteres til registrering i VP uden ophold.
- at en anmelder, der ved personlig henvendelse i den af instituttet fastlagte ekspeditionstid for VP-anmeldelser afgiver anmeldelse uden for VP's åbningstid, oplyses om, at anmeldelsen tidligst vil blive registreret i VP's førstkommende åbningstid. (For handlers vedkommende dog tidligst i forbindelse med det aftalte tidspunkt for afvikling af handelen.)

### Det kontoførende instituts kontrol af kvitteringsmateriale fra VP

Det kontoførende institut skal sikre,

- at det kvitteringsmateriale fra VP, der er svar på instituttets indrapporteringer, nøje kontrolleres, herunder efter de i VP's vejledninger nævnte retningslinier.

### Udsendelse af kundemeddelelser

Det kontoførende institut, der efter aftale med VP enten selv eller gennem instituttets datacenter sender kundemeddelelser til de efter registeret berettigede, jf. registreringsbekendtgørelsens § 52 og VP's bestemmelser om kundemeddelelser (VP-regelsæt C) samt reglerne i VP's vejledninger, skal blandt andet sikre,

- at meddelelserne dannes på grundlag af informationer modtaget i den anledning fra VP
- at de medarbejdere, der forestår udskrivningen og forsendelsen af meddelelserne, ikke har medvirket ved anmeldelsernes modtagelse og registrering, jf. nærmere regler i VP's vejledninger.

### Behandling af returpost

Det kontoførende institut skal sikre,

- at udsendte kundemeddelelser og kontoudskrifter, der af postvæsenet returneres som uanbringelige, bliver behandlet af medarbejdere, der ikke har medvirket ved anmeldelsernes modtagelse og registrering, jf. nærmere regler i VP' vejledninger.

Nærværende 'VP-regelsæt B' træder i kraft den 1. december 2012 og
erstatter 'VP-regelsæt B' af 6. juni 2005



**VP'S REGELSÆT A-D**

# VP-regelsæt C

### Regler om kundemeddelelser vedrørende registreringer i

**VP SECURITIES A/S**
**Weidekampsgade 14, P.O. Box 4040**
**DK-2300-Copenhagen S**

**(herefter kaldet VP)**
(jf. værdipapirhandelslovens § 68, stk. 5 og registreringsbekendtgørelsens § 48)
3. september 2007

**Kundemeddelelsers indhold**

Kundemeddelelser skal i henhold til bekendtgørelsens § 48 sendes ved enhver registrering af en ret over et fondsaktiv eller ændring heraf, ved udtrækning og udslettelse samt ved ændring af det kontoførende institut. Meddelelsen skal angive den registrerende værdipapircentral det kontoførende institut, oplysning om den skete registrering og retvirkningstidspunktet samt om, hvorvidt der forud eller samtidig er registreret andre rettigheder over fondsaktivet.

I nedennævnte situationer skal meddelelsen indeholde supplerende oplysninger:

- Såfremt registreringen er sket med frist efter bekendtgørelsens §43, skal fristens længde og årsagen hertil angives.
- Såfremt registreringen er foreløbig, skal dette angives med henvisning til lovens § 67.
- Såfremt adkomsten til et fondsaktiv er betinget, skal dette angives.
- Såfremt der i henhold til bekendtgørelsens § 47 er givet anmærkning om andre rettigheder, skal disses registreringstidspunkt og art samt rettighedshavers navn og adresse oplyses.
- Såfremt der registreres begrænsede rettigheder, gives der oplysning om, hvilke fondsaktiver registreringen omfatter.
- Såfremt en registrering ophører i henhold til bekendtgørelsens §11, stk. 1, skal baggrunden for ophøret angives sammen med eventuelle oplysninger om udbetaling af beløb i form af dividende eller tilbagebetaling af indbetalte beløb og lignende, helt eller delvist vederlag i fondsaktiver, udstedt af fortsættende udsteder, eller tilsvarende.

**Konto- og rettighedshavers fra- eller tilvalg af kundemeddelelser**

Konto- og rettighedshaver kan efter lovens § 68, stk. 3, helt eller delvist fra- eller tilvælge kundemeddelelser vedrørende ændring, udtrækning eller udslettelse, medmindre udslettelsen er uforudset på investeringstidspunktet. Valg foretages for grupperinger af begivenheder.

De foretagne valg skal registreres på den enkelte konto.

**Uforudsigelig udslettelse**

- Konkurs, likvidation, fusion, spaltning samt for øvrige begivenheder, der ikke kan forudsiges på investeringstidspunktet. Der vil derfor ikke teknisk være muligheder for fravalg af meddelelser vedrørende sådanne begivenheder.

- Låneprogrammer, hvor udstederen i hele eller dele af lånets løbetid har en option på en førtidig indfrielse af lånet, vil udnyttelsen af den førtidige indfrielse ligeledes være en uforudset begivenhed, hvor kundemeddelelsen herom ikke kan fravælges. Der sendes således kundemeddelelser om den