UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01794-LAK, 1:19-cv-01798-LAK, 1:19-cv-01800-LAK, 1:19-cv-01788-LAK, 1:19-cv-01928-LAK, 1:19-cv-01803-LAK, 1:19-cv-01801-LAK, 1:19-cv-01810-LAK, 1:19-cv-01809-LAK, 1:18-cv-04833-LAK, 1:19-cv-01813-LAK, 1:19-cv-01818-LAK, 1:19-cv-01931-LAK, and 1:19-cv-01918-LAK. | Master Docket 18-md-02865 (LAK)<br>ECF Case |

## NOTICE OF APPEARANCE

Please enter my appearance for Defendants John van Merkensteijn and Omineca Trust in the cases enumerated in the caption. I certify that I am admitted to practice before this Court and request that copies of all future papers in these actions be served upon me at the address below.

Dated: June 27, 2024
    New York, New York

/s/ Daniel Cady Davidson
DANIEL CADY DAVIDSON
KOSTELANETZ LLP
7 World Trade Center, 34th Fl.
New York, NY 10007
(212) 808-8100
ddavidson@kostelanetz.com

*Attorney for Defendants John van Merkensteijn, III, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Omineca Pension Plan, Omineca Trust, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan, Michelle Investments Pension Plan, Remece Investments Pension Plan, and Xiphias LLC Pension Plan*