# Exhibit 9, Part 3

# Exhibit 1

## Materials Relied Upon

| **Expert Reports** |
|---|
| Expert Report of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, CAMS, MAFF, December 31, 2021, and all materials cited therein |
| Expert Report of Graham Wade, December 31, 2021, and all materials cited therein |
| **Publicly Available Documents** |
| Bank of England Prudential Regulation Authority, "Statement of Policy, Pillar 2 Liquidity," June 2019 Updating February 2018, *available at* https://www.bankofengland.co.uk/-/media/boe/files/prudential-regulation/statement-of-policy/2019/pillar-2-liquidity-sop-update-june-2019.pdf?la=en&hash=78618B0A466B17BCF86952AAD06AC14AEE3E4FDE (last accessed on January 31, 2022) |
| Banque de France, "Payments and Market Infrastructures in the Digital Era," January 2021, Chapter 13, *available at* https://publications.banque-france.fr/en/economic-and-financial-publications/book-payments-and-market-infrastructures-digital-era (last accessed January 17, 2022) |
| BIS, "Glossary: DvP Model 3," *available at* https://www.bis.org/cpmi/publ/d00b.htm?&selection=125&scope=CPMI&c=a&base=term (last accessed on January 17, 2022) |
| Cboe, European Equities Market Share by Market, as of December 31, 2013, *available at* https://www.cboe.com/europe/equities/market_share/market/off-book/2013-12-31/#dm=tbnnav&dr=mtd&mt=1&ms=0&hc=1&f=0&ID=515770de6ebe755a2fe7&V=88e178cff5ed72b217b0 (last accessed on January 26, 2022) |
| Cboe, "Our Vision for EU Equity Market Structure Reform," 2021, *available at* https://cdn.cboe.com/resources/participant_resources/KeyMiFIDIIViews_0521.pdf (last accessed on January 26, 2022) |
| ESMA, "Report to the European Commission: CSDR Internalised Settlement," November 5, 2020, *available at* https://www.esma.europa.eu/sites/default/files/library/esma70-156-3729_csdr_report_to_ec_-_internalised_settlement.pdf (last accessed on January 31, 2022) |
| Financial Conduct Authority, "Bastion Capital London Ltd," *available at* https://register.fca.org.uk/s/firm?id=001b000000MfPpoAAF (last accessed on February 1, 2022) |
| Financial Conduct Authority, "Matched Principal Trading," *available at* https://www.handbook.fca.org.uk/handbook/glossary/G3544m.html (last accessed on January 17, 2022) |
| Financial Industry Regulatory Authority, Inc., "FGC Securities, LLC," *available at* https://brokercheck.finra.org/firm/summary/158399 (last accessed on February 1, 2022) |
| ISLA, "Securities Lending Market Report," March 2021, *available at* https://www.islaemea.org/assets/smart-pdfs/isla-securities-lending-market-report-march-2021/ (last accessed January 31, 2022) |
| Macchiavelli, Marco, and Luke Pettit, "Shining a Light on the Shadows: Dealer Funding and Internalization," Board of Governors of the Federal Reserve System, December 20, 2019, *available at* https://www.federalreserve.gov/econres/notes/feds-notes/dealer-funding-and-internalization-20191220.htm (last accessed on January 31, 2022) |

| | |
|---|---|
| U.S. Securities and Exchange Commission, "Interagency Statement on Sound Practices Concerning Elevated Risk Complex Structured Finance Activities," effective January 11, 2007, *available at* https://www.sec.gov/rules/policy/2007/34-55043.pdf (last accessed on January 31, 2022) | |
| U.S. Securities and Exchange Commission, "Policy Statement: Interagency Statement on Sound Practices Concerning Complex Structured Finance Activities," *available at* https://www.sec.gov/rules/policy/34-49695.htm (last accessed on January 23, 2022) | |
| **Bates-Stamped Documents** | |
| ELYSIUM-02456224 | |
| ELYSIUM-02456225 | |
| ELYSIUM-03009935 | |
| ELYSIUM-03009936 | |
| ELYSIUM-03896088 | |
| ELYSIUM-03896089 | |
| ELYSIUM-04280089 | |
| ELYSIUM-04280090 | |
| ELYSIUM-04280092 | |
| ELYSIUM-04280093 | |
| ELYSIUM-04736480 | |
| ELYSIUM-04736481 | |
| ELYSIUM-07699789 | |
| ELYSIUM-07699790 | |
| MPSKAT00072484 | |
| MPSKAT00072485 | |
| MPSKAT00072486 | |
| MPSKAT00072495 | |
| MPSKAT00072498 | |
| MPSKAT00072506 | |
| MPSKAT00072509 | |
| MPSKAT00072521 | |
| MPSKAT00072523 | |
| MPSKAT00072553 | |
| MPSKAT00072555 | |
| MPSKAT00072558 | |
| MPSKAT00072560 | |
| MPSKAT00072707 | |
| MPSKAT00072722 | |
| MPSKAT00072723 | |
| MPSKAT00072753 | |
| MPSKAT00072755 | |

CONFIDENTIAL

| |
|---|
| MPSKAT00072757 |
| MPSKAT00072779 |
| SCPADMINISTRATORS_00013560 |

**Exhibit 2**
**Mr. Dubinsky Misrepresents the Trade Approval Issued under the Give-up Agreement to be the Trade Confirmation**

Trade Confirmation from Solo Capital to Bernina Plan as Represented by Mr. Dubinsky [1]

Actual Trade Confirmation from FGC Securities LLC to Bernina Plan [2]

**From:** solotradeapprovals@solo.com
**To:** adam@Berninap.com
**Cc:** execution@fgcsecurities.com, operations@fgcsecurities.com, solotradeapprovals@solo.com
**Subject:** Account (BER01) - Trade Approved
**Sent:** Thu, 21 Mar 2013 13:12:20 +0000

Dear Client,

In relation to the trade referred to below (*Trade*), Solo Capital Partners LLP approves such Trade (in accordance with the Addendum to the International Uniform Brokerage Execution Services Agreement: Trader Version 2008) on the following basis:

(i) You may seek liquidity for the Trade (via the Broker that you have identified), and

(ii) If appropriate liquidity is found, the Trade is executable in its entirety only (that is, on a fill or kill basis) - partial execution of the Trade is not approved.

Subject to (i) and (ii) above, Solo Capital Partners LLP will irrevocably accept to effect the clearing of the Trade.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Trade:

| | |
|---|---|
| Trade Type | Buy |
| Ticker | CARLB DC |
| Instrument | Equity |
| Currency | DKK |
| Price | 586.3316 |
| Quantity/Contracts | 600,000 |
| Shapes | Shape 1 600,000 |
| Notional | 351,798,960.0000 |
| Trade Date | 21/03/2013 |
| Settlement Date | 27/03/2013 |
| Broker | FGC Securities LLC |

Client: The Bernina Plan

Broker: FGC Securities LLC

Trade Type: Buy

Ticker: CARLB DC

Instrument: Equity

Quantity: 600,000 shares

Price: DKK 586.3316

Notional: DKK 351,798,960.00

Trade Date: March 21, 2013

Settlement Date: March 27, 2013

**FGC**
FGC SECURITIES LLC
12 Desbrosses Street
New York, NY 10013
e: execution@fgcsecurities.com

CLIENT: THE BERNINA PENSION PLAN
REF #: FUTL-20130321-0018-A
DATE: March 21, 2013

**CASH EQUITY CONFIRMATION**

Client and FGC Securities agree that this confirms the terms and conditions of the following Cash Equity Transaction:

| | |
|---|---|
| Transaction Type Type: | CASH EQUITY (STOCK) |
| Listed / OTC | LISTED |
| Trade Date: | March 21, 2013 |
| Client: | THE BERNINA PENSION PLAN |
| Email: | adam@Berninap.com |
| Buy / Sell: | BUY |
| Stock Description: | CARLB DC | CARLSBERG AS-B | 4169219 |
| Exchange: | Copenhagen |
| Share Quantity: | 600,000 |
| Trade Currency: | DKK |
| Trade Price: | 586.3316 |
| Trade Notional: | 351,798,960.00 |
| Commission: | 8,794.97  DKK |
| USD FX: | 5.77 |
| **Commission** | **1,524.26  USD** |

*To be invoiced monthly

We thank you for the opportunity to have been of service to you and trust that the above correctly represents your understanding of the transaction in question. Failure to object in writing to the transaction confirmed above by the earlier of 24 hours after your receipt of this confirmation or prior to 9 a.m. local market time on the settlement date shall be deemed your agreement to the correctness of this confirmation. Please note we have acted only as agent in this transaction and are not responsible for the financial viability of any counterparties we have matched you with nor are we responsible for the performance of this or any other transaction we have arranged. You

Regards,
**FGC Securities**

Highly Confidential                                  MPSKAT00075374

Sources:
[1] Dubinsky Report, Figure 10; ELYSIUM-01463894.
[2] MPSKAT00075373-4 at MPSKAT00075374.

**Exhibit 3**

**Contrary to Mr. Wade's Assertion, Futures Contracts Expiring in September have Different Prices from the Futures Contracts Expiring in December**

### Novo Nordisk A/S BClear September 20, 2013 Contract

|      | Trade Date | Contract Expiration Date | Trade Type | Quantity (# of Contracts) | Trade Price (DKK) |
|------|------------|--------------------------|------------|---------------------------|-------------------|
| [1]  | 3/20/2013  | 9/20/2013                | Buy        | 18,500                    | 956.01            |
| [2]  | 3/20/2013  | 9/20/2013                | Sell       | 18,500                    | 956.01            |
| [3]  | 3/20/2013  | 9/20/2013                | Buy        | 30,000                    | 956.02            |
| [4]  | 3/20/2013  | 9/20/2013                | Sell       | 30,000                    | 956.02            |
| [5]  | 3/20/2013  | 9/20/2013                | Buy        | 22,500                    | 956.03            |
| [6]  | 3/20/2013  | 9/20/2013                | Sell       | 22,500                    | 956.03            |
| [7]  | 3/20/2013  | 9/20/2013                | Buy        | 24,000                    | 956.04            |
| [8]  | 3/20/2013  | 9/20/2013                | Sell       | 24,000                    | 956.04            |
| [9]  | 3/20/2013  | 9/20/2013                | Buy        | 29,000                    | 956.05            |
| [10] | 3/20/2013  | 9/20/2013                | Sell       | 29,000                    | 956.05            |
| [11] | 3/20/2013  | 9/20/2013                | Buy        | 22,000                    | 956.06            |
| [12] | 3/20/2013  | 9/20/2013                | Sell       | 22,000                    | 956.06            |
| [13] | 3/20/2013  | 9/20/2013                | Buy        | 28,500                    | 956.07            |
| [14] | 3/20/2013  | 9/20/2013                | Sell       | 28,500                    | 956.07            |
| [15] | 3/20/2013  | 9/20/2013                | Buy        | 22,500                    | 956.08            |
| [16] | 3/20/2013  | 9/20/2013                | Sell       | 22,500                    | 956.08            |
|      |            |                          |            | 394,000                   |                   |

### Novo Nordisk A/S BClear December 20, 2013 Contract

|     | Trade Date | Contract Expiration Date | Trade Type | Quantity (# of Contracts) | Trade Price (DKK) |
|-----|------------|--------------------------|------------|---------------------------|-------------------|
| [1] | 3/20/2013  | 12/20/2013               | Buy        | 30,000                    | 958.05            |
| [2] | 3/20/2013  | 12/20/2013               | Sell       | 30,000                    | 958.05            |
| [3] | 3/20/2013  | 12/20/2013               | Buy        | 28,500                    | 958.06            |
| [4] | 3/20/2013  | 12/20/2013               | Sell       | 28,500                    | 958.06            |
| [5] | 3/20/2013  | 12/20/2013               | Buy        | 27,000                    | 958.07            |
| [6] | 3/20/2013  | 12/20/2013               | Sell       | 27,000                    | 958.07            |
| [7] | 3/20/2013  | 12/20/2013               | Buy        | 25,500                    | 958.08            |
| [8] | 3/20/2013  | 12/20/2013               | Sell       | 25,500                    | 958.08            |
|     |            |                          |            | 222,000                   |                   |

**Source:** ELYSIUM-01460217.

**Notes:**

This exhibit does not directly match the September expiry contracts to December expiry contracts for two reasons:

1. Mr. Wade refers to 8 trades for each expiration date, but the account statement lists 16 trades for September and 8 trades for December, so all trades are included here.
2. Mr. Wade refers to "similar sizes" without identifying which contract sizes are considered "similar" to others.