# Exhibit 14

| | |
|---|---|
| **From:** | solotradeapprovals@solo.com |
| **To:** | Trading@LoggerheadPension.com <Trading@LoggerheadPension.com> |
| **CC:** | martin.smith@neotericltd.com <martin.smith@neotericltd.com>;alex.smith@neotericltd.com <alex.smith@neotericltd.com>;solotradeapprovals@solo.com <solotradeapprovals@solo.com> |
| **Sent:** | 3/23/2015 10:20:59 AM |
| **Subject:** | Account (LOG01) - trade approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Solo Capital Partners LLP custody account.

In case of any queries, please contact custody@solo.com.

Global Securities Services

**Solo Capital Partners LLP**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | LOG01 |
| **Counterparty** | Neoteric Limited |
| **Trade Type** | Lend |
| **Ticker** | NOVOB |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 341.9000 |
| **Quantity/Contracts** | 6,847,676 |
| **Shapes** | **Shape 1** 6,847,676 |
| **Notional** | 2,341,220,424.40 |
| **Trade Date** | 23 March 2015 |
| **Settlement Date** | 24 March 2015 |
| **Haircut** | 0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 86.0000 |
| **Cash Pool Type** | Fixed |
| **Dividends** | 100% |

CONFIDENTIAL                                                                                              WH_MDL_00021026