# Exhibit 16

Message

| | |
|---|---|
| **From**: | tradeapprovals@telesto.com [tradeapprovals@telesto.com] |
| **Sent**: | 30/03/2015 18:17:08 |
| **To**: | info@princesolutionsltd.com |
| **CC**: | info@rvtgmbh.de; tradeapprovals@telesto.com |
| **Subject**: | Account (PSL01) - trade approved |

Dear Client,

Please accept this email as confirmation that the below stock loan transaction has been approved and booked to your Telesto Markets LLP custody account.

In case of any queries, please contact custody@telesto.com.

Global Securities Services

**Telesto Markets LLP**

Details of Stock Loan Transaction:

| | |
|---|---|
| **Client Account** | PSL01 |
| **Counterparty** | Relative Value Trading GmbH |
| **Trade Type** | Lend |
| **Ticker** | CARLB |
| **Product (Instrument)** | Stock Loan (Equity) |
| **Currency** | DKK |
| **Price** | 571.5000 |
| **Quantity/Contracts** | 178,044 |
| **Shapes** | **Shape 1** 178,044 |
| **Notional** | 101,752,146.00 |
| **Trade Date** | 30 March 2015 |
| **Settlement Date** | 31 March 2015 |
| **Haircut** | 0 |
| **Term** | Open |
| **Interest Rate Type** | Fixed |
| **Interest Rate** | 70.0000 |
| **Lending Fee Rate** | 91.4597 |
| **Cash Pool Type** | Fixed |
| **Dividends** | 100% |

ELYSIUM-04029621