# Exhibit 21, Part 2

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20/03/2015 | 23/03/2015 | DKK | Lend | Prince Solutions Limited | PANDORA A/S | PNDORA | -450,631.00 | 614.5000 | 276,912,749.50 | 276,912,749.50 |
| 30/06/2015 | 02/07/2015 | DKK | Recall | Prince Solutions Limited | PANDORA A/S | PNDORA | 450,631.00 | 719.0000 | -324,003,689.00 | -47,090,939.50 |
| | | | | | | | 0.00 | | | -47,090,939.50 |
| | | | | | | | | | | |
| 08/05/2015 | 11/05/2015 | DKK | Lend | Colbrook Limited | COLOPLAST-B | COLOB | -294,679.00 | 510.0000 | 150,286,290.00 | 150,286,290.00 |
| 28/07/2015 | 30/07/2015 | DKK | Recall | Colbrook Limited | COLOPLAST-B | COLOB | 294,679.00 | 481.0000 | -141,740,599.00 | 8,545,691.00 |
| | | | | | | | 0.00 | | | 8,545,691.00 |
| | | | | | | | | | | |
| 30/03/2015 | 31/03/2015 | DKK | Lend | Prince Solutions Limited | CARLSBERG AS-B | CARLB | -178,044.00 | 571.5000 | 101,752,146.00 | 101,752,146.00 |
| 30/06/2015 | 02/07/2015 | DKK | Recall | Prince Solutions Limited | CARLSBERG AS-B | CARLB | 178,044.00 | 607.5000 | -108,161,730.00 | -6,409,584.00 |
| | | | | | | | 0.00 | | | -6,409,584.00 |
| | | | | | | | | | | |
| 09/03/2015 | 10/03/2015 | DKK | Lend | Diverse Vision Limited | TDC A/S | TDC | -3,283,965.00 | 54.0000 | 177,334,110.00 | 177,334,110.00 |
| 19/06/2015 | 23/06/2015 | DKK | Recall | Diverse Vision Limited | TDC A/S | TDC | 3,283,965.00 | 49.3900 | -162,195,031.35 | 15,139,078.65 |
| | | | | | | | 0.00 | | | 15,139,078.65 |
| | | | | | | | | | | |
| 16/03/2015 | 17/03/2015 | DKK | Lend | Nectaric Limited | DSV A/S | DSV | -765,908.00 | 219.2000 | 167,887,033.60 | 167,887,033.60 |
| 01/07/2015 | 03/07/2015 | DKK | Recall | Nectaric Limited | DSV A/S | DSV | 765,908.00 | 221.8000 | -169,878,394.40 | -1,991,360.80 |
| | | | | | | | 0.00 | | | -1,991,360.80 |
| | | | | | | | | | | |
| 01/04/2015 | 07/04/2015 | DKK | Lend | Trance Services Limited | VESTAS WIND SYSTEMS A/S | VWS | -373,474.00 | 290.2000 | 108,382,154.80 | 108,382,154.80 |
| 19/06/2015 | 23/06/2015 | DKK | Recall | Trance Services Limited | VESTAS WIND SYSTEMS A/S | VWS | 373,474.00 | 322.3000 | -120,370,670.20 | -11,988,515.40 |
| | | | | | | | 0.00 | | | -11,988,515.40 |
| | | | | | | | | | Denmark Total | -293,791,997.15 |

CONFIDENTIAL

GUNDERSON 00009448

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX. (FCA Registration Number 609226; Company Number OC369442.)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Telesto Markets LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

CONFIDENTIAL

GUNDERSON 00009449

## Stock Loan Collateral

**Denmark**

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 02 March 2015 | 03 June 2015 | Lend | NZYMB DC | 777,153 | 322.5000 | 250,631,842.50 | 326.2000 | -253,507,308.60 | 2,875,466.10 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 27 February 2015 | 777,153 | 250,631,842.50 | 03 June 2015 | 93 | 0.8750 | 566,534.82 | 0.7000 | -453,225.92 | 113,308.91 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 March 2015 | 23 June 2015 | Lend | TDC DC | 3,283,965 | 54.0000 | 177,334,110.00 | 49.3900 | -162,195,031.35 | -15,139,076.65 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 09 March 2015 | 3,283,965 | 177,334,110.00 | 23 June 2015 | 105 | 0.8810 | 455,650.14 | 0.7000 | -362,057.14 | 93,593.00 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 17 March 2015 | 03 July 2015 | Lend | DSV DC | 765,908 | 219.2000 | 167,887,033.60 | 221.8000 | -169,878,394.40 | 1,991,360.80 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 16 March 2015 | 765,908 | 167,887,033.60 | 03 July 2015 | 108 | 0.8528 | 429,536.52 | 0.7000 | -352,562.77 | 76,973.75 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 23 March 2015 | 08 June 2015 | Lend | DANSKE DC | 3,271,664 | 175.3000 | 573,522,699.20 | 198.3000 | -648,770,971.20 | 75,248,272.00 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 20 March 2015 | 3,271,664 | 573,522,699.20 | 08 June 2015 | 77 | 0.8214 | 1,007,551.64 | 0.7000 | -858,690.93 | 148,860.71 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 23 March 2015 | 02 July 2015 | Lend | PNDORA DC | 450,631 | 614.5000 | 276,912,749.50 | 719.0000 | -324,003,689.00 | 47,090,939.50 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 20 March 2015 | 450,631 | 276,912,749.50 | 02 July 2015 | 101 | 0.8104 | 629,626.01 | 0.7000 | -543,825.87 | 85,800.14 |

CONFIDENTIAL

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 24 March 2015 | 30 June 2015 | Lend | GN DC | 605,292 | 154.2000 | 93,336,026.40 | 144.4000 | -87,404,164.80 | -5,931,861.60 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 23 March 2015 | 605,292 | 93,336,026.40 | 30 June 2015 | 98 | 0.8305 | 211,026.99 | 0.7000 | -177,856.98 | 33,170.00 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 24 March 2015 | 08 June 2015 | Lend | NOVOB DC | 6,448,211 | 341.9000 | 2,204,643,340.90 | 382.5000 | -2,466,440,707.50 | 261,797,366.60 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 23 March 2015 | 6,448,211 | 2,204,643,340.90 | 08 June 2015 | 76 | 0.8233 | 3,831,863.72 | 0.7000 | -3,257,972.94 | 573,890.78 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 30 March 2015 | 26 June 2015 | Lend | TRYG DC | 35,209 | 868.5000 | 30,579,016.50 | 138.2000 | -24,329,419.00 | -6,249,597.50 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 27 March 2015 | 35,209 | 30,579,016.50 | 26 June 2015 | 88 | 0.8322 | 62,203.74 | 0.7000 | -52,324.09 | 9,879.65 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 31 March 2015 | 02 July 2015 | Lend | FLS DC | 80,009 | 314.0000 | 25,122,826.00 | 322.0000 | -25,762,898.00 | 640,072.00 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 30 March 2015 | 80,009 | 25,122,826.00 | 02 July 2015 | 93 | 0.8239 | 53,471.35 | 0.7000 | -45,430.44 | 8,040.90 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 31 March 2015 | 02 July 2015 | Lend | CARLB DC | 178,044 | 571.5000 | 101,752,146.00 | 607.5000 | -108,161,730.00 | 6,409,584.00 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 30 March 2015 | 178,044 | 101,752,146.00 | 02 July 2015 | 93 | 0.8233 | 216,423.61 | 0.7000 | -184,001.80 | 32,421.81 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL

GUNDERSON 00009451

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07 April 2015 | 24 June 2015 | Lend | MAERSKA DC | 7,873 | 15,810.0000 | 124,472,130.00 | 11,900.0000 | -93,688,700.00 | -30,783,430.00 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 01 April 2015 | 7,873 | 124,472,130.00 | 24 June 2015 | 78 | 0.8302 | 223,909.69 | 0.7000 | -188,782.73 | 35,126.96 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07 April 2015 | 23 June 2015 | Lend | VWS DC | 373,474 | 290.2000 | 108,382,154.80 | 322.3000 | -120,370,670.20 | 11,988,515.40 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 01 April 2015 | 373,474 | 108,382,154.80 | 23 June 2015 | 77 | 0.8497 | 196,957.91 | 0.7000 | -162,272.17 | 34,695.73 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07 April 2015 | 30 June 2015 | Lend | MAERSKB DC | 7,877 | 16,410.0000 | 129,261,570.00 | 12,440.0000 | -97,989,880.00 | -31,271,690.00 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 01 April 2015 | 7,877 | 129,261,570.00 | 30 June 2015 | 84 | 0.8261 | 249,151.87 | 0.7000 | -211,127.23 | 38,024.64 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11 May 2015 | 30 July 2015 | Lend | COLOB DC | 294,679 | 510.0000 | 150,286,290.00 | 481.0000 | -141,740,599.00 | -8,545,691.00 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 08 May 2015 | 294,679 | 150,286,290.00 | 30 July 2015 | 80 | 0.7491 | 250,162.83 | 0.7000 | -233,778.67 | 16,384.15 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 16 June 2015 | 23 June 2015 | Lend | AURIB DC | 29,648 | 321.0000 | 9,517,008.00 | 2.2500 | -66,708.00 | -9,450,300.00 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 15 June 2015 | 29,648 | 9,517,008.00 | 23 June 2015 | 7 | 1.2704 | 2,350.84 | 0.7000 | -1,295.37 | 1,055.47 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12 August 2015 | 11 September 2015 | Lend | TDC DC | 1,091,735 | 48.2100 | 52,632,544.35 | 41.9100 | -45,754,613.85 | -6,877,930.50 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |

CONFIDENTIAL

GUNDERSON 00009452

| 11 August 2015 | 1,091,735 | 52,632,544.35 | 11 September 2015 | 30 | 0.5706 | 25,025.30 | 0.7000 | -30,702.32 | -5,677.02 |

|  |  |  |  |  |  |  |  | Total SL Collateral MTM | 293,791,997.15 |
|--|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  | Total Fees and Rebates | 1,295,549.60 |

**Belgium**

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 24 April 2015 | 18 August 2015 | Lend | PROX BB | 140,480 | 34.2950 | 4,817,761.60 | 33.9250 | -4,765,784.00 | -51,977.60 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate |  |
| 23 April 2015 | 140,480 | 4,817,761.60 | 18 August 2015 | 116 | 0.6177 | 9,588.36 | 0.7000 | -10,866.73 | -1,278.37 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05 May 2015 | 31 July 2015 | Lend | UMI BB | 86,811 | 44.8900 | 3,896,945.79 | 38.9300 | -3,379,552.23 | -517,393.56 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate |  |
| 04 May 2015 | 86,811 | 3,896,945.79 | 31 July 2015 | 87 | 0.6189 | 5,828.40 | 0.7000 | -6,592.33 | -763.94 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06 May 2015 | 31 July 2015 | Lend | ABI BB | 783,438 | 108.9000 | 85,316,398.20 | 113.4500 | -88,881,041.10 | 3,564,642.90 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate |  |
| 05 May 2015 | 783,438 | 85,316,398.20 | 31 July 2015 | 86 | 0.6124 | 124,805.59 | 0.7000 | -142,667.98 | -17,862.39 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06 May 2015 | 23 June 2015 | Lend | UCB BB | 127,245 | 64.3200 | 8,184,398.40 | 63.4200 | -8,069,877.90 | -114,520.50 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate |  |
| 05 May 2015 | 127,245 | 8,184,398.40 | 23 June 2015 | 48 | 0.5764 | 6,289.97 | 0.7000 | -7,638.77 | -1,348.80 |

CONFIDENTIAL

GUNDERSON 00009453

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07 May 2015 | 21 July 2015 | Lend | GBLB BB | 69,056 | 78.1100 | 5,393,964.16 | 76.9100 | -5,311,096.96 | -82,867.20 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 06 May 2015 | 69,056 | 5,393,964.16 | 21 July 2015 | 75 | 0.6152 | 6,913.22 | 0.7000 | -7,866.20 | -952.97 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08 May 2015 | 15 July 2015 | Lend | BEFB BB | 17,588 | 60.4500 | 1,063,194.60 | 58.0300 | -1,020,631.64 | -42,562.96 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 07 May 2015 | 17,588 | 1,063,194.60 | 15 July 2015 | 68 | 0.6124 | 1,229.90 | 0.7000 | -1,405.78 | -175.88 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08 May 2015 | 24 July 2015 | Lend | AGS BB | 205,993 | 32.7900 | 6,754,510.47 | 36.8550 | -7,591,872.02 | 837,361.54 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 07 May 2015 | 205,993 | 6,754,510.47 | 24 July 2015 | 77 | 0.6173 | 8,918.24 | 0.7000 | -10,113.00 | -1,194.76 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 13 May 2015 | 18 August 2015 | Lend | KBC BB | 288,157 | 58.7600 | 16,932,105.32 | 61.1800 | -17,629,445.26 | 697,339.94 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 12 May 2015 | 288,157 | 16,932,105.32 | 18 August 2015 | 97 | 0.6381 | 29,111.89 | 0.7000 | -31,935.83 | -2,823.94 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 19 May 2015 | 27 July 2015 | Lend | SOLB BB | 56,608 | 126.6500 | 7,169,403.20 | 128.4000 | -7,268,467.20 | 99,064.00 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 18 May 2015 | 56,608 | 7,169,403.20 | 27 July 2015 | 69 | 0.6290 | 8,643.88 | 0.7000 | -9,618.95 | -975.07 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 19 May 2015 | 21 July 2015 | Lend | BEKB BB | 33,848 | 27.3400 | 925,404.32 | 25.6100 | -866,847.28 | -58,557.04 |

CONFIDENTIAL

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 18 May 2015 | 33,848 | 925,404.32 | 21 July 2015 | 63 | 0.6268 | 1,015.15 | 0.7000 | -1,133.62 | -118.47 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 20 May 2015 | 09 July 2015 | Lend | BPOST BB | 100,059 | 25.1300 | 2,514,482.67 | 24.4200 | -2,443,440.78 | -71,041.89 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 19 May 2015 | 100,059 | 2,514,482.67 | 09 July 2015 | 50 | 0.6140 | 2,144.46 | 0.7000 | -2,444.64 | -300.18 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03 June 2015 | 23 June 2015 | Lend | ACKB BB | 22,302 | 124.4000 | 2,774,368.80 | 126.7500 | -2,826,778.50 | 52,409.70 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 02 June 2015 | 22,302 | 2,774,368.80 | 23 June 2015 | 20 | 0.6283 | 960.72 | 0.7000 | -1,078.92 | -118.20 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03 June 2015 | 15 July 2015 | Lend | ELI BB | 28,929 | 39.4850 | 1,142,261.56 | 37.8750 | -1,095,685.88 | -46,575.69 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 02 June 2015 | 28,929 | 1,142,261.56 | 15 July 2015 | 42 | 0.6392 | 851.85 | 0.7000 | -932.85 | -81.00 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04 June 2015 | 31 July 2015 | Lend | DELB BB | 105,676 | 81.2400 | 8,585,118.24 | 78.3100 | -8,275,487.56 | -309,630.68 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 03 June 2015 | 105,676 | 8,585,118.24 | 31 July 2015 | 57 | 0.6541 | 8,891.68 | 0.7000 | -9,515.17 | -623.49 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04 June 2015 | 24 July 2015 | Lend | DIE BB | 19,096 | 36.1300 | 689,938.48 | 32.7950 | -626,253.32 | -63,685.16 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 03 June 2015 | 19,096 | 689,938.48 | 24 July 2015 | 50 | 0.5562 | 528.76 | 0.7000 | -570.77 | -42.01 |

CONFIDENTIAL

GUNDERSON 00009455

| | |
|---|---|
| Total SL Collateral MTM | 3,892,005.80 |
| Total Fees and Rebates | -28,659.46 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX. (FCA Registration Number 609226; Company Number OC368442.) We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Telesto Markets LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

CONFIDENTIAL

GUNDERSON 00009456

## Cash Transactions

| Entry Date | Description | Debit/Credit | Balance |
|---|---|---|---|
| **DKK** | | | |
| 01/01/2015 | Opening Balance | 0.00 | 0.00 |
| 22/05/2015 | NOVO NORDISK A/S-B | 8,631,091.63 | 8,631,091.63 |
| 22/05/2015 | AP MOELLER-MAERSK A/S-B | 4,156,271.91 | 12,787,363.54 |
| 22/05/2015 | AP MOELLER-MAERSK A/S-A | 4,154,161.33 | 16,941,524.87 |
| 22/05/2015 | CARLSBERG AS-B | 428,969.42 | 17,370,494.29 |
| 22/05/2015 | DANSKE BANK A/S | 4,817,124.46 | 22,187,618.75 |
| 22/05/2015 | DSV A/S | 328,059.85 | 22,515,678.60 |
| 26/05/2015 | Invoice 00785 (Paid on behalf) | -1,489,704.82 | 21,025,973.98 |
| 27/05/2015 | TDC A/S | 879,133.85 | 21,905,107.83 |
| 27/05/2015 | TRYG A/S | 273,343.14 | 22,178,450.97 |
| 27/05/2015 | NOVOZYMES A/S-B | 624,143.23 | 22,802,594.20 |
| 27/05/2015 | FLSMIDTH & CO A/S | 192,769.28 | 22,995,363.48 |
| 29/05/2015 | Invoice 00769 (Paid on behalf) | -17,031,526.93 | 5,963,836.55 |
| 08/06/2015 | FX to USD | -5,963,836.55 | 0.00 |
| 03/07/2015 | COLOPLAST-B | 354,991.68 | 354,991.68 |
| 20/07/2015 | Invoice 00887 (Paid on behalf) | -268,526.24 | 86,465.44 |
| 07/08/2015 | Invoice 00990 (Paid on behalf) | -1,226,540.56 | -1,140,075.12 |
| 11/08/2015 | FX to USD | -481,411.50 | -1,621,486.62 |
| | **Closing Balance** | | -1,621,486.62 |
| | Equity Settlements | 293,791,997.15 | 292,170,510.53 |
| | Stock Loan Settlements | -293,791,997.15 | -1,621,486.62 |
| | Dividends | 79,945,188.39 | 78,323,701.77 |
| | Stock Loan Interest & Fee | 1,295,549.60 | 79,619,251.37 |

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| | Initial Margin | 0.00 | 79,619,251.37 |
| | Stock Margin | 293,791,997.15 | 373,411,248.52 |
| | Realised Forwards P&L | -375,032,735.14 | -1,621,486.62 |
| | Realised Futures P&L | 0.00 | -1,621,486.62 |
| | Total Balance | | -1,621,486.62 |

**EUR**

| | | | |
|---|---|---|---|
| 01/01/2015 | Opening Balance | 0.00 | 0.00 |
| | **Closing Balance** | | 0.00 |
| | Equity Settlements | 3,892,005.80 | 3,892,005.80 |
| | Stock Loan Settlements | -3,892,005.80 | 0.00 |
| | Dividends | 2,569,732.88 | 2,569,732.88 |
| | Stock Loan Interest & Fee | -28,659.46 | 2,541,073.42 |
| | Initial Margin | 0.00 | 2,541,073.42 |
| | Stock Margin | 3,892,005.80 | 6,433,079.22 |
| | Realised Forwards P&L | -6,433,079.22 | 0.00 |
| | Realised Futures P&L | 0.00 | 0.00 |
| | Total Balance | | 0.00 |

**USD**

| | | | |
|---|---|---|---|
| 01/01/2015 | Opening Balance | 0.00 | 0.00 |
| 28/02/2015 | Custody Clearing Fee | -11,196.00 | -11,196.00 |
| 31/03/2015 | Custody Clearing Fee | -10,728.00 | -21,924.00 |
| 30/04/2015 | Custody Clearing Fee | -11,224.00 | -33,148.00 |
| 31/05/2015 | Custody Clearing Fee | -10,986.00 | -44,134.00 |

CONFIDENTIAL
GUNDERSON 00009458

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/06/2015 | FX from DKK | 889,129.56 | 844,995.56 |
| 11/06/2015 | Custody account transfer | 60,639.96 | 905,635.52 |
| 16/06/2015 | Cash Withdrawal | -775,000.00 | 130,635.52 |
| 30/06/2015 | Custody Clearing Fee | -11,143.00 | 119,492.52 |
| 31/07/2015 | Custody Clearing Fee | -10,984.00 | 108,508.52 |
| 07/08/2015 | Bastion Invoice Q1 (Paid on behalf) | -186.60 | 108,321.92 |
| 07/08/2015 | TJM Invoice Q1 (Paid on behalf) | -2,235.66 | 106,086.26 |
| 11/08/2015 | FX from DKK | 70,490.01 | 176,576.27 |
| 17/08/2015 | Sunrise Invoice Q2 (Paid on behalf) | -904.20 | 175,672.07 |
| 31/08/2015 | Custody Clearing Fee | -11,204.00 | 164,468.07 |
| 30/09/2015 | Custody Clearing Fee | -11,172.00 | 153,296.07 |
| 09/10/2015 | SUNRISE Q3 | -378.48 | 152,917.59 |
| 09/10/2015 | TJM Q3 | -168.55 | 152,749.04 |
| 09/10/2015 | BASTION Q3 | -878.91 | 151,870.13 |
| 11/11/2015 | OPL | 7.50 | 151,877.63 |
| 13/11/2015 | withrawal | -151,877.63 | 0.00 |
| | **Closing Balance** | | 0.00 |
| | Equity Settlements | 0.00 | 0.00 |
| | Stock Loan Settlements | 0.00 | 0.00 |
| | Dividends | 0.00 | 0.00 |
| | Stock Loan Interest & Fee | 0.00 | 0.00 |
| | Initial Margin | 0.00 | 0.00 |
| | Stock Margin | 0.00 | 0.00 |
| | Realised Forwards P&L | 0.00 | 0.00 |
| | Realised Futures P&L | 0.00 | 0.00 |
| | **Total Balance** | | 0.00 |

CONFIDENTIAL

GUNDERSON 00009459

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX. (FCA Registration Number 609226; Company Number OC388442.)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to Telesto Markets LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

CONFIDENTIAL

GUNDERSON 00009460