# Exhibit 21

## Trade Confirmation

Client            Loggerhead Services LLC Roth 401(K) Plan
Trade Date        19/03/2015

TJM are pleased to confirm the following details of your transaction:

### Trade Details

Ticker            NOVOB DC
Underlying        NOVO NORDISK A/S-B
ISIN              DK0060534915
Market            OTC
Currency          DKK
Shares            6,847,676.00
Gross Price       341.90
Nominal           2,341,220,424.40
Client Buy/Sell   BUY
Settlement        24/03/2015
SEDOL             BHC8X90

This bargain has been dealt on an execution only basis by us as AGENT and as per your standing instructions will be settled/delivered to your nominated custodian.

Yours faithfully,



**Tim Jenkins**
**Managing Partner**

E trading@tjmpartners.com | T +44 (0)20 7965 4620

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

CONFIDENTIAL                                                                                          MBJ_0011370