# Exhibit 35



10 Exchange Square
Primrose Street
London
EC2A 2EN

**Solo Capital**

Calypso Investments Pension Plan (CIP01)
56 East 80th Street
New York
NY 10075
United States of America

CIP01 - DKK Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 01-Oct-13 | Cash | Opening Balance | 0.00 | | 0.00 |
| 02-Jan-14 | Cash | GOAL Tax Reclaim | 1,263,150.97 | | 1,263,150.97 |
| 02-Jan-14 | Cash | GSS Invoice 120 | | -842,142.75 | 421,008.22 |
| 07-Jan-14 | Cash | GOAL Tax Reclaim | 1,875,808.94 | | 2,296,817.16 |
| 07-Jan-14 | Cash | GSS Invoice 135 | | -1,250,601.82 | 1,046,215.34 |
| 08-Jan-14 | Cash | FX to USD @ 5.469243 | | -421,008.22 | 625,207.12 |
| 09-Jan-14 | Cash | FX to USD @ 5.47773 | | -625,207.12 | 0.00 |
| 03-Feb-15 | Cash | Closing Balance | | | 0.00 |

CIP01 - USD Account

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 25-Oct-13 | Cash | Opening Balance | 0.00 | | 0.00 |
| 12-Nov-13 | Trade | Trading Fees @1.3442 | | -6,177.49 | -6,177.49 |
| 26-Nov-13 | Trade | Trading Fees @1.3557 | | -3,697.83 | -9,875.32 |
| 30-Nov-13 | Trade | Custody Fee November 13 @1.3591 | | -1,698.88 | -11,574.20 |
| 05-Dec-13 | Trade | Trading Fees @1.3665 | | -4,766.58 | -16,340.78 |
| 16-Dec-13 | Trade | Trading Fees @1.3746 | | -6,315.38 | -22,656.16 |
| 17-Dec-13 | Trade | Trading Fees @1.3756 | | -3,733.49 | -26,389.65 |
| 18-Dec-13 | Trade | Trading Fees @1.3756 | | -4,798.21 | -31,187.86 |
| 31-Dec-13 | Trade | Custody Fee December 13 @1.3789 | | -1,723.63 | -32,911.49 |
| 08-Jan-14 | Cash | FX from DKK @5.469243 | 76,977.42 | | 44,065.93 |
| 09-Jan-14 | Cash | FX from DKK @5.49253 | 113,828.62 | | 157,894.55 |
| 15-Jan-14 | Cash | Payment to CIP01 | | -107,894.55 | 50,000.00 |
| 15-Jan-14 | Cash | Bank Charge | | -32.07 | 49,967.93 |
| 31-Jan-14 | Trade | Custody Fee January 14 @1.3486 | | -1,685.75 | 48,282.18 |
| 26-Feb-14 | Trade | Trading Fees @1.3672 | | -4,122.11 | 44,160.07 |
| 28-Feb-14 | Trade | Custody Fee February 14 @1.3802 | | -2,070.30 | 42,089.77 |
| 06-Mar-14 | Trade | Trading Fees @1.3859 | | -4,178.49 | 37,911.28 |
| 18-Mar-14 | Trade | Trading Fees @ 1.3922 | | -4,218.37 | 33,692.91 |
| 19-Mar-14 | Trade | Trading Fees @ 1.3916 | | -4,195.67 | 29,497.24 |
| 20-Mar-14 | Trade | Trading Fees @ 1.3776 | | -8,389.58 | 21,107.66 |
| 26-Mar-14 | Cash | Cash Receipt from CIP01 | 39,965.09 | | 61,072.75 |
| 31-Mar-14 | Trade | Trading Fees @ 1.3772 | | -8,345.83 | 52,726.92 |
| 31-Mar-14 | Trade | TAS Platform Fee March 14 @ 1.3772 | | -2,065.80 | 50,661.12 |
| 03-Apr-14 | Trade | Trading Fees @ 1.3721 | | -5,513.83 | 45,147.29 |
| 08-Apr-14 | Trade | Trading Fees @ 1.3796 | | -689.80 | 44,457.49 |
| 30-Apr-14 | Trade | TAS Platform Fee April 14 @ 1.3866 | | -2,079.90 | 42,377.59 |
| 08-May-14 | Trade | Trading Fees @ 1.3861 | | -4,179.09 | 38,198.50 |
| 08-May-14 | Trade | Trading Fees @ 1.3861 (Charity Donation) | | -4,179.09 | 34,019.41 |
| 13-May-14 | Trade | Trading Fees @ 1.3699 | | -684.95 | 33,334.46 |
| 30-May-14 | Trade | TAS Platform Fee May 14 @ 1.3635 | | -2,045.25 | 31,289.21 |
| 03-Jun-14 | Trade | Trading Fees @ 1.3633 | | -4,792.00 | 26,497.21 |
| 04-Jun-14 | Trade | Trading Fees @ 1.3608 | | -9,586.83 | 16,910.38 |
| 10-Jun-14 | Trade | Trading Fees @ 1.3546 | | -9,522.84 | 7,387.54 |
| 11-Jun-14 | Trade | Trading Fees @ 1.3536 | | -4,839.10 | 2,548.44 |
| 23-Jun-14 | Cash | Cash Receipt from CIP01 | 19,964.77 | | 22,513.21 |
| 30-Jun-14 | Trade | TAS Platform Fee June 14 @ 1.369 | | -2,053.50 | 20,459.71 |
| 31-Jul-14 | Trade | TAS Platform Fee July 14 @ 1.3385 | | -2,007.75 | 18,451.96 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. FCA Registration No. 566533

ELYSIUM-03779092



10 Exchange Square
Primrose Street
London
EC2A 2EN

| Date | Type | Description | Amount | Debit/Credit | Balance |
|---|---|---|---|---|---|
| 04-Aug-14 | Cash | Cash Receipt from CIP01 | 39,964.90 | | 58,416.86 |
| 07-Aug-14 | Trade | Trading Fees @ 1.3351 | | -4,025.33 | 54,391.53 |
| 28-Aug-14 | Trade | Trading Fees @ 1.3175 | | -5,318.77 | 49,072.76 |
| 31-Aug-14 | Trade | TAS Platform Fee August 14 @ 1.3132 | | -1,969.80 | 47,102.96 |
| 03-Sep-14 | Trade | Trading Fees @ 1.3141 | | -4,638.77 | 42,464.19 |
| 08-Sep-14 | Trade | Trading Fees @ 1.2934 | | -9,092.60 | 33,371.59 |
| 30-Sep-14 | Trade | TAS Platform Fee September 14 @ 1.2629 | | -1,894.35 | 31,477.24 |
| 31-Oct-14 | Trade | TAS Platform Fee October 14 @ 1.2525 | | -1,878.75 | 29,598.49 |
| 05-Nov-14 | Trade | Trading Fees @ 1.2492 | | -4,390.94 | 25,207.55 |
| 30-Nov-14 | Trade | TAS Platform Fee November 14 @ 1.2452 | | -1,867.80 | 23,339.75 |
| 31-Dec-14 | Trade | TAS Platform Fee December 14 @ 1.2098 | | -1,814.70 | 21,525.05 |
| 03-Feb-15 | | Closing Balance | | | 21,525.05 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. FCA Registration No. 566533

ELYSIUM-03779092