**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:18-cv-04833-LAK,
1:19-cv-01893-LAK, 1:19-cv-01866-LAK, 1:19-
cv-01794-LAK, 1:19-cv-01865-LAK, 1:19-cv-
01798-LAK, 1:19-cv-01800-LAK, 1:19-cv-01788-
LAK, 1:19-cv-01928-LAK, 1:19-cv-01803-LAK,
1:19-cv-01906-LAK, 1:19-cv-01801-LAK, 1:19-
cv-01894-LAK, 1:19-cv-01810-LAK, 1:19-cv-
01809-LAK, 1:19-cv-01911-LAK, 1:19-cv-01871-
LAK, 1:19-cv-01813-LAK, 1:19-cv-01930-LAK,
1:19-cv-01818-LAK, 1:19-cv-01931-LAK, 1:19-
cv-01918-LAK, 1:19-cv-01873-LAK, 1:19-cv-
01924-LAK, 1:19-cv-10713-LAK.

Master Docket 18-md-02865 (LAK)
ECF Case

**NOTICE OF APPEARANCE**

Please enter my appearance for Defendants John van Merkensteijn, III, Elizabeth van

Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension

Plan, Omineca Pension Plan, Omineca Trust, Starfish Capital Management LLC Roth 401(K)

Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan, Michelle Investments

Pension Plan, Remece Investments Pension Plan, and Xiphias LLC Pension Plan in the cases

enumerated in the caption.  I certify that I am admitted to practice before this Court and request

that copies of all future papers in these actions be served upon me at the address below.

Dated: September 4, 2024
    New York, New York

/s/  MAXWELL W. BROWN
MAXWELL W. BROWN
KOSTELANETZ LLP
7 World Trade Center, 34th Fl.
New York, NY 10007

(212) 808-8100
mbrown@kostelanetz.com
*Attorney for Defendants John van Merkensteijn,*
*III, Elizabeth van Merkensteijn, Azalea*
*Pension Plan, Basalt Ventures LLC Roth*
*401(K) Plan, Bernina Pension Plan, Omineca*
*Pension Plan, Omineca Trust, Starfish Capital*
*Management LLC Roth 401(K) Plan, Tarvos*
*Pension Plan, Voojo Productions LLC Roth*
*401(K) Plan, Michelle Investments Pension*
*Plan, Remece Investments Pension Plan, and*
*Xiphias LLC Pension Plan*