USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-04833.

MASTER DOCKET

18-md-2865 (LAK)

---

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") asserted claims against Defendant Alexander Burns ("Burns") in the action titled *SKAT v. Raubritter LLC Pension Plan et al.*, No. 18-cv-04833 (the "Raubritter Action");

WHEREAS, following the death of Burns, the Court, on November 23, 2022, ordered that Seth Whitaker, as Personal Representative of the Estate of Alexander C. Burns, be substituted for Burns as a party in the Raubritter Action;

WHEREAS SKAT and the Estate of Alexander Burns have now entered into a consent order resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Seth Whitaker, as Personal Representative of the Estate of Alexander C. Burns, from the Raubritter Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Richard Markowitz or John van Merkensteijn in the Raubritter Action, or any other action;

Case 1:18-md-02865-LAK   Document 1369   Filed 01/08/25   Page 2 of 2
Case 1:18-md-02865-LAK   Document 1367   Filed 01/07/25   Page 2 of 2

2

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Seth Whitaker, as Personal Representative of the Estate of Alexander C. Burns, is dismissed with prejudice from the Raubritter Action; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Richard Markowitz and John van Merkensteijn remain active in the Raubritter Action.

Dated: New York, New York
January 7, 2025

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Seth W. Whitaker
    Seth W. Whitaker
    SETH W. WHITAKER, LTD. CO.
    409 King Street, Suite 200
    Charleston, South Carolina 29403
    Telephone : (843) 202-4472

*As Personal Representative of the Estate of Alexander Burns*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge  1/8/25