UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND            18-md-2865 (LAK)
LITIGATION

This paper applies to:        Trial One Cases[1]
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Plaintiff's motion to Preclude Evidence Regarding Sven Nielsen's Unrelated Criminal Conviction (DI 1351) is denied as moot. The Clerk shall terminate the motion.

      SO ORDERED.

Dated:     February 5, 2025

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge

---

[1] 18MD2865, 18cv4833, 19cv1781, 19cv1783, 19cv1785, 19cv1788, 19cv1791, 19cv1792, 19cv1794, 19cv1798, 19cv1800, 19cv1801, 19cv1803, 19cv1806, 19cv1808, 19cv1809, 19cv1810, 19cv1812,19cv1813,19cv1815,19cv1818,19cv1865,19cv1866,19cv1867, 19cv1868,19cv1869,19cv1870,19cv1871,19cv1873,19cv1893,19cv1894,19cv1895,19cv1896, 19cv1898, 19cv1904, 19cv1906, 19cv1911, 19cv1918, 19cv1922, 19cv1924, 19cv1926, 19cv1928, 19cv1929, 19cv1930,19cv1931,19cv10713