UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This paper applies to:   Cases listed in Appendix A
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED PRETRIAL ORDER NO. 35**
(Trial One Setting)

LEWIS A. KAPLAN, *District Judge.*

       In order to conform the wording of Pretrial Order No. 35 to the intention of the Court and the understanding of the parties, that Pretrial Order is amended *nunc pro tunc* to read as follows:

       1.    The cases listed in Appendix A hereto are consolidated for trial with respect only to the claims against the defendants listed in the second column of that Appendix (headed Defendants Included in Trial Proposal). The claims against the defendants listed in the third column of that Appendix (headed Defendants Excluded from Trial Proposal) will be resolved in further proceedings.

       2.    Counsel are advised that the Court typically tries cases Mondays through Thursdays although a definitive schedule for this trial will be set at a future date.

       3.    Counsel shall notify the Court, on or before May 1, 2024, if they anticipate that this trial will require more than four weeks of trial time. Any such advice shall include counsel's best estimate(s) of the required trial time and the detailed basis for any such estimate(s).

       SO ORDERED.

Dated:     April 1, 2024
Amended:  February 27, 2025

                                             _____
                                             Lewis A. Kaplan
                                             United States District Judge